IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02766-AP

ROBERT L. HUDSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Will Dawson, Esq.
2546 15th Street
Denver, CO 80211
303-455-0400
williamdawson@gmail.com

Jay Barnes
Myler Disability Law
P.O. Box 127
Lehi, Utah 84043
866-770-6497
jayb@mylerdisability.com

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

Kevin T. Traskos
Assistant United States Attorney

Thomas Henry Kraus
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. Date Complaint Was Filed**: 12/19/08.**

    B. Date Complaint Was Served on U.S. Attorney's Office**: 12/22/08.**
    C. Date Answer and Administrative Record Were Filed**: 02/20/09.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

    The parties have no other matters to bring to the attention of the court.

**8. BRIEFING SCHEDULE**

    Counsel for both parties agree to the following proposed briefing schedule:

| | | |
|---|---|---|
| A. | Plaintiff's Opening Brief Due | **April 17, 2009** |
| B. | Defendant's Response Brief Due | **May 18, 2009** |
| C. | Plaintiff's Reply Brief (If Any) Due | **June 6, 2009** |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. Plaintifff does not request oral argument.
    B. Defendant does not request oral argument**.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*
   A.
   (X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
   B.
   () All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 13th day of March, 2009.

BY THE COURT:

<u>s/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Jay Barnes<br><br>Will Dawson, Esq.<br>2546 15th Street<br>Denver, CO 80211<br>303-455-0400<br>E-mail:williamdawson@gmail.com<br><br>Jay Barnes<br>Myler Disability Law<br>P.O. Box 127<br>Lehi, Utah 84043<br>866-770-6497<br>jayb@mylerdisability.com | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By:  s/ Thomas H. Kraus<br>     Thomas Henry Kraus<br>     Assistant Regional Counsel<br>     1961 Stout Street, Suite 1001A<br>     Denver, Colorado  80294<br>     Telephone:  (303) 844-0017<br>     tom.kraus@ssa.gov<br>     Attorneys for Defendant. |