IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02766-AP

ROBERT L. HUDSON,

  Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Will Dawson, Esq.<br>2546 15th Street<br>Denver, CO 80211<br>303-455-0400<br>williamdawson@gmail.com | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>Kevin T. Traskos<br>Assistant United States Attorney |
| Jay Barnes<br>Myler Disability Law<br>P.O. Box 127<br>Lehi, Utah 84043<br>866-770-6497<br>jayb@mylerdisability.com | Thomas Henry Kraus<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. Date Complaint Was Filed**: 12/19/08.**

    B. Date Complaint Was Served on U.S. Attorney's Office**: 12/22/08.**
    C. Date Answer and Administrative Record Were Filed**: 02/20/09.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

| | | |
|---|---|---|
| A. | Plaintiff's Opening Brief Due | **April 17, 2009** |
| B. | Defendant's Response Brief Due | **May 18, 2009** |
| C. | Plaintiff's Reply Brief (If Any) Due | **June 6, 2009** |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. Plaintifff does not request oral argument.
    B. Defendant does not request oral argument**.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*
   A.
   (X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
   B.
   ()  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 13th day of March, 2009.

BY THE COURT:

s/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Jay Barnes<br><br>Will Dawson, Esq.<br>2546 15th Street<br>Denver, CO 80211<br>303-455-0400<br>E-mail:williamdawson@gmail.com<br><br>Jay Barnes<br>Myler Disability Law<br>P.O. Box 127<br>Lehi, Utah 84043<br>866-770-6497<br>jayb@mylerdisability.com | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/ Thomas H. Kraus<br>    Thomas Henry Kraus<br>    Assistant Regional Counsel<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado 80294<br>    Telephone: (303) 844-0017<br>    tom.kraus@ssa.gov<br>    Attorneys for Defendant. |