IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02766-CMA

ROBERT L. HUDSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING AWARD OF ATTORNEY FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT**

---

    This matter is before the Court on the parties' joint Motion for Award Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (Doc. # 26). Having reviewed the motion, case file, Order, and Judgment entered on August 26, 2009, the Court hereby

    ORDERS that the Motion for Award Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act is GRANTED. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's counsel, Jay K. Barnes, is awarded reasonable attorney fees in the amount of $5,000.00

    DATED: November  6 , 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge